**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| DAVID OGDEN | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:26-cv-00477 |
| | ) | |
| v. | ) | State Court Case No. 2026LM11 |
| | ) | Bond County |
| TI AUTOMOTIVE GROUP, et al, | ) | |
| MARK DECKER, and | ) | |
| MARGARET BRUMBACK, | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT MOTION TO EXTEND DEPOSITION DEADLINES AND REQUEST FOR ENTRY OF PREVIOUSLY FILED PROTECTIVE ORDER**

Defendants TI Group Automotive Systems, LLC, *incorrectly named as TI Automotive Group*, ("TI Automotive") Mark Decker, and Margaret Brumback (collectively, "Defendants"), by and through undersigned counsel and with the consent of Plaintiff, David Ogden, ("Plaintiff") (collectively, the "Parties"), move this Court to extend the Parties' respective deposition deadlines and respectively request entry of the Stipulated Protective Order filed with the Court on June 9, 2026. In support, Defendants state as follows:

1. Pursuant to the Scheduling Orders currently in effect, Plaintiff's deposition shall be taken by November 15, 2026. *See* Joint Report of Parties and Proposed Scheduling and Discovery Order, ECF No. 35-1, Order Adopting Joint Report and Proposed Scheduling and Discovery Order, ECF No. 35, First Amended Scheduling and Discovery Order, ECF No. 62, Consent Motion to Extend Deposition Deadlines, ECF No. 65, and Order Granting Joint Motion to Extend Deposition Deadlines, ECF No. 66 (together, the "Scheduling Orders"). Defendants' deposition deadline is December 16, 2026. *Id*.



CORE/3536885.0002/252722882.1

2. Plaintiff and Defendants request that the Court extend each of the above-referenced deadlines. The purpose of doing so is to allow the Parties sufficient time to review discovery necessary for their depositions.

3. Plaintiff and Defendants request that the Court amend the Scheduling Orders to set their respective deposition deadlines as follows:

a. Plaintiff's deposition shall be taken by December 16, 2026.

b. Defendants' depositions shall be taken by January 16, 2027.

4. Additionally, pursuant to the Scheduling Orders currently in effect, the mediation session shall be completed by December 21, 2026, with additional mediation sessions to be completed by January 7, 2027. *See* ECF No. 62.

5. Plaintiff and Defendants request that the Court extend the mediation deadline by approximately thirty (30) days. The purpose of doing so is to allow the Parties to complete depositions prior to mediation.

6. Plaintiff and Defendants request that the Court amend the Scheduling Orders to set the mediation deadlines as follows:

a. The Mediation Session shall be completed by January 21, 2027.

b. The Mediation Proceedings, including additional mediation sessions, if any, are strongly encouraged to be completed by February 7, 2027.

7. Defendants' counsel has conferred with Plaintiff regarding this motion. Plaintiff consents to this request to modify the Scheduling Orders.

8. The Parties aver that they make this request in good faith, and not for purposes of delay. The Parties have no reason to believe that modifying the party deposition deadlines as set forth herein will impact any other case deadlines or the May 2027 trial setting.

9. On June 9, 2026, the Parties filed a Stipulated Protective Order. *See* ECF No. 37. To facilitate the exchange of documents and information between the Parties, the Parties respectfully request that the Court enter the Stipulated Protective Order.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court extend the Parties' deposition and mediation deadlines as set forth above and enter the Stipulated Protective Order filed with the Court on June 9, 2026.

Dated: November 4, 2026

Respectfully Submitted,

**STINSON LLP**

*/s/ Benjamin D. Woodard*
Benjamin D. Woodard, IL #6319585
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Tel: (314) 863-0800
Fax: (314) 863-9388
benjamin.woodard@stinson.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of November, 2026, a copy of the foregoing was sent via electronic mail to Plaintiff David Ogden at davekogden@yahoo.com.

*/s/ Benjamin D. Woodard*
*Attorney for Defendants*